# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 27, 2010

Marilyn Kelly,
Chief Justice

140150 & (37)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JACKOB TRAKHTENBERG,
        Plaintiff-Appellant,

v

SC: 140150
COA: 285247
Oakland CC: 2008-088401-NM

DEBORAH H. McKELVY,
        Defendant-Appellee.

_____/

On order of the Court, the motion to file late reply is GRANTED. The application for leave to appeal the October 27, 2009 judgment of the Court of Appeals is considered and, it appearing to this Court that the case of *People v Jacob Trakhtenberg* (Docket No. 138875) has been remanded to the Court of Appeals for further proceedings and that the decision in that case may have an effect on an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 27, 2010

*Corbin R. Davis*
Clerk

s0419